IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ACIE CUMMINS,
ADC #133791                                                                                        PLAINTIFF

v.                              5:11-cv-00048-BSM-JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

Defendants shall file a response to Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) within ten days of the date of this Order.

IT IS SO ORDERED this 25th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE