IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ACIE CUMMINS,
ADC #133791                                                                                  PLAINTIFF

v.                                    5:11-cv-00048-JTK

RAY HOBBS, et al.                                                                           DEFENDANTS

## ORDER

On March 31, 2011, I issued a Partial Recommended Disposition, recommending that Defendants Hobbs and Meinzer be dismissed from Plaintiff's Complaint, for failure to state a claim (Doc. No. 7). In addition, on May 12, 2011, I issued a Proposed Findings and Recommendation that Plaintiff's Motion for Preliminary Injunction be denied (Doc. No. 26). The parties consented to transfer to me all further proceedings in this action on May 23, 2011 (Doc. No. 29). Therefore, the March 31, 2011 Partial Recommended Disposition and the May 12, 2011 Proposed Findings and Recommendation shall now be treated as an Opinion of the Court. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Hobbs and Meinzer are DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) is DENIED.

IT IS SO ORDERED this 2nd day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE