## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ACIE CUMMINS,                                                                                    PLAINTIFF
ADC #133791

v.                                        5:11-cv-00048-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

### ORDER

Plaintiff has submitted a requested witness list for the Court Trial scheduled in this matter on April 16, 2012 (Doc. No. 49). However, Plaintiff has not provided to the Court a summary of the expected testimony of his requested witnesses. Therefore, Plaintiff is directed to supplement his witness list with a summary of the expected testimony of each witness, within seven days of the date of this Order.

IT IS SO ORDERED this 28th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE